UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL WAYNE STEED,

          Plaintiff,

   v.

MARY SCOTT et al.,

          Defendants.

CASE NO. C12-6058 RBL-JRC

ORDER

    The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendants' motion to dismiss for failure to exhaust administrative remedies GRANTED and this action is dismissed without prejudice.

    (3)    The Court revokes in forma pauperis status for purpose of appeal.

DATED this 10th day of May, 2013.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1